# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:94-CR-00279-JAD-VCF-3 |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |
| v. | |
| JUANA AVALOS-GARCIA, | ECF No. 102 |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant JUANA AVALOS-GARCIA.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 17th day of February, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE